IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELBERT WILLIAMS,

    Petitioner,　　　　　　　　　　No. CIV S-06-2302 LKK CMK P

vs.

Unknown,[1]

    Respondent.　　　　　　　　　　ORDER

                        /

    Petitioner filed a petition for a writ of habeas corpus on October 18, 2006. Petitioner does not file a formal application to proceed in forma pauperis, but he has attached a copy of his prison trust account statement, which reveals that he is currently without funds. (Doc. 1, pg. 11.) Accordingly, the court finds that petitioner is unable to afford the costs of suit. Petitioner is granted leave to proceed in forma pauperis. See 28 U.S.C. § 1915(a).

    IT IS SO ORDERED.

DATED: October 19, 2006.

                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner has failed to name a respondent in his habeas application. He lists the respondents as "etc. and All."